UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JANE DOE,

                Plaintiff(s),

    v.                                                                 22-CV-815

ROBERT M. DEE,

                Defendant(s).
_____

## **CLERK'S ENTRY OF DEFAULT**

It appearing that Defendant(s)

ROBERT M. DEE,

are (is) in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this 2nd day of March, 2023.

                                                  MARY C. LOEWENGUTH
                                                         Clerk of Court
                                               United States District Court


                                                      By: s/Suzanne
                                                           Deputy Clerk