UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JANE DOE

           Plaintiff,                         **DECLARATION OF MELISSA D. WISCHERATH**

v.

ERIE COUNTY,
TIMOTHY B. HOWARD, Individually and in his      Case No.: 1:22-CV-00815
capacity of Sheriff of Erie County, New York;
THOMAS DIINA, Superintendent of The Jail
Management Division, and
ROBERT M. DEE, Erie County Sheriff's Office
Deputy at Erie County Holding Center

           Defendants.
_____

      MELISSA D. WISCHERATH, ESQ., makes this declaration under penalties of perjury, pursuant to 28 U.S.C. § 1756:

      1.     I am an attorney representing plaintiff in this matter. I make this declaration in opposition to non-party Erie County District Attorney's Office's motion to quash and in support of plaintiff's cross-motion to compel the production of records requested via subpoena duces tecum.

      2.     A true and correct copy of excerpted email correspondence between counsel from April 15, 2024 to April 26, 2024 is attached hereto as Exhibit 1.

      3.     A true and correct copy of plaintiff's non-party subpoena duces tecum dated March 13, 2024, and the affidavit of service are attached hereto as Exhibit 2.

1

2

    4.    A true and correct copy of the defendants Erie County, Timothy Howard, and Thomas Diina initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure are attached hereto as Exhibit 3.

DATED this 24th day of May, 2024.

        /s/ Melissa D. Wischerath
        Melissa D. Wischerath
        Lipsitz Green Scime Cambria LLP
        42 Delaware Avenue, #120
        Buffalo, NY 14202
        (716) 849-1333
        mwischerath@lglaw.com
        Attorneys for Plaintiff