# EXHIBIT 1

## Melissa D. Wischerath

| | |
|---|---|
| **From:** | Melissa D. Wischerath |
| **Sent:** | Friday, April 26, 2024 10:16 AM |
| **To:** | 'Hillery, Michael J.' |
| **Cc:** | 'James P. Blenk'; Williams III, Paul J.; Kaylie R. Horowitz |
| **Subject:** | RE: Doe v Erie County |

Thanks Mike,

One clarification, it wasn't a thought, I was following up on your earlier request that I obtain them so the DA file could be produced.

**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Friday, April 26, 2024 10:00 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>; Kaylie R. Horowitz <khorowitz@lglaw.com>
**Subject:** RE: Doe v Erie County

**Attention: This email came from an External Source. DO NOT open attachments or click on links from unknown senders or unexpected emails.**

Good Morning Melissa,

I appreciate the thought, but unfortunately we are bound by the civil rights law and HIPAA, and Ms. Brooks is not authorized to waive other potential victims' privacy of records.

Mike
--
**Michael J. Hillery** | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov | http://www.erie.gov

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution, forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

**From:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Sent:** Thursday, April 25, 2024 10:33 AM
**To:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>; Kaylie R. Horowitz <khorowitz@lglaw.com>
**Subject:** RE: Doe v Erie County

[**Caution**: this email is **not** from an Erie County employee: attachments or links **may not be safe**.]

Mike,

I spoke with Julie Brooks and she agreed to sign off a HIPPA authorization, on the understanding that the materials relating to the victims in the file, including herself, would be subject to our protective order in this action pertaining to PREA materials. Let me know if that resolves your concerns and need for the motion.



**Melissa D. Wischerath**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x397 | **FAX** 716 855 1580
email | profile | website | map | vCard

---

NOTICE: This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.

**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Thursday, April 25, 2024 9:56 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>; Kaylie R. Horowitz <khorowitz@lglaw.com>
**Subject:** RE: Doe v Erie County

Thank you.

--
**Michael J. Hillery**| Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov|http://www.erie.gov

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution, forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

**From:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Sent:** Wednesday, April 24, 2024 1:38 PM
**To:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>; Kaylie R. Horowitz

<khorowitz@lglaw.com>
**Subject:** RE: Doe v Erie County

[**Caution**: this email is **not** from an Erie County employee: attachments or links **may not be safe**.]

Sure. Please let this confirm that the subpoena is returnable on or before **May 10, 2024**.

Thank you.



**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Wednesday, April 24, 2024 9:28 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>; Kaylie R. Horowitz <khorowitz@lglaw.com>
**Subject:** RE: Doe v Erie County

Good morning Melissa,

Thank you for your reply and for your understanding. Could we make the subpoena returnable on May 10? It would be much appreciated.

Let me know if that will work for you.

Thank you.

Mike

--
**Michael J. Hillery**| Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov|http://www.erie.gov

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution, forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

**From:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Sent:** Tuesday, April 23, 2024 5:58 PM
**To:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>; Kaylie R. Horowitz

<khorowitz@lglaw.com>
**Subject:** RE: Doe v Erie County

[**Caution**: this email is **not** from an Erie County employee: attachments or links **may not be safe**.]

Thank you for the update. I am glad we tried to work it out collectively and without a need for judicial intervention but understand that your office has decided to proceed by moving to quash.

The subpoena was originally returnable on April 2, 2024. I agreed to suspend that deadline while we conferred. Now that we are done conferring, please let this email confirm that the subpoena is returnable on or before **May 3, 2024**.

This way we have a deadline to work from. If that date doesn't work let me know tomorrow and we can adjust. Have a good night.



**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Tuesday, April 23, 2024 10:59 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Cc:** 'James P. Blenk' <jblenk@lippes.com>; Williams III, Paul J. <Paul.Williams@erie.gov>
**Subject:** Doe v Erie County

Hi Melissa,

I've had a chance to discuss your proposal (case management order) with Paul Williams and also with JP Blenk. Paul and I have decided that the best and safest way to proceed is to file a motion to quash and allow the court to resolve the matter. We don't want to be obstructionist; contents in our file are accorded protections under state law and are sensitive, as you know, and we deem ourselves obligated to honor those protections, and accountable for failure to do so.

We will file the motion soon.

Thank you for your patience and cooperation.

Mike

--
**Michael J. Hillery**| Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov|http://www.erie.gov

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution,

forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

## Melissa D. Wischerath

| | |
|---|---|
| **From:** | Melissa D. Wischerath |
| **Sent:** | Tuesday, April 23, 2024 10:22 AM |
| **To:** | 'Hillery, Michael J.' |
| **Subject:** | RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery |

Thank you. If you are able to get a hold of JP and need me for a call, I am generally around this week, I just had depositions that were set for this week get canceled.

**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Tuesday, April 23, 2024 9:43 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Subject:** RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery

**Attention: This email came from an External Source. DO NOT open attachments or click on links from unknown senders or unexpected emails.**

Hi Melissa,

I hope all is well.  I just wanted to acknowledge your e-mail from yesterday and let you know I'll be getting back to you soon as to your proposal – yesterday got a bit chaotic.

Mike

--
**Michael J. Hillery** | Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov | http://www.erie.gov

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution, forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

**From:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Sent:** Monday, April 22, 2024 10:57 AM
**To:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Cc:** Williams III, Paul J. <Paul.Williams@erie.gov>
**Subject:** RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery

[**Caution**: this email is **not** from an Erie County employee: attachments or links **may not be safe**.]

Hi Mike. Hope you had a nice weekend. Let me know if you were able to connect with JP Blenk and we can agree to follow the current CMO order on materials?

1

Also, can we put a deadline on this? Maybe on or before May 20? Thanks.



**Melissa D. Wischerath**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x397 | **FAX** 716 855 1580
email | profile | website | map | vCard

---

NOTICE: This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.

**From:** Melissa D. Wischerath
**Sent:** Monday, April 15, 2024 10:08 AM
**To:** 'Hillery, Michael J.' <Michael.Hillery@erie.gov>
**Cc:** Williams III, Paul J. <Paul.Williams@erie.gov>
**Subject:** RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery

I probably know a few. But hard to know.

**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Monday, April 15, 2024 10:02 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Cc:** Williams III, Paul J. <Paul.Williams@erie.gov>
**Subject:** RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery

Okay, I misunderstood, I thought you knew the names. I liked your suggestion that all counsel conference the matter in the near future. Our office plans on talking with JP before turning any materials over, as I think I mentioned in our last conversation. We will want to get his take on the possibility of turning all materials over under seal, as was done by the order you sent me regarding another case.

--
**Michael J. Hillery**| Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov|http://www.erie.gov

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution, forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify

the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

**From:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Sent:** Monday, April 15, 2024 9:53 AM
**To:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Cc:** Williams III, Paul J. <Paul.Williams@erie.gov>
**Subject:** RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery

[Caution: this email is **not** from an Erie County employee: attachments or links **may not be safe**.]

I'm sure I know at least one of the complainants names from the media, initial disclosures, and discovery with the County. That being said, obtaining authorizations seems like a big hurdle especially not knowing who the complainants are in your file versus the one's I am aware of in this civil action. Thus, I think the process may prove unworkable. In the absence of that, what do you propose?



**From:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Sent:** Monday, April 15, 2024 9:40 AM
**To:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Cc:** Williams III, Paul J. <Paul.Williams@erie.gov>
**Subject:** RE: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery

Thank you, Melissa.

We touched on this in our phone conversation last week, but you said you believe you know the names of the complainants whose file materials you are particularly interested in.

In talking briefly with Paul Williams after our conversation, I can tell you that if you could provide us with authorizations from each of those complainants for release of their content, that would probably expedite our response.

I'll look forward to touching base with you sometime soon.

```
--
Michael J. Hillery| Assistant District Attorney
Erie County | District Attorney
25 Delaware Ave., 7th Floor | Buffalo, NY 14202
P:+1(716)858-2473 | F:+1(716)858-7425
Michael.Hillery@erie.gov|http://www.erie.gov
```

This email and any documents or files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. The information contained in this email and any documents or files transmitted with it is information protected by the attorney-client and/or attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this having been sent by electronic transmission. If the individual receiving this email or any other reader of this email is not the named recipient or the employee or agent responsible for the delivery of this message to the named recipient, any use, dissemination, distribution, forwarding or copying of any part of the message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email and delete it from your computer. Unauthorized use of this material is strictly prohibited and may be unlawful.

**From:** Melissa D. Wischerath <mwischerath@lglaw.com>
**Sent:** Monday, April 15, 2024 9:06 AM
**To:** Hillery, Michael J. <Michael.Hillery@erie.gov>
**Subject:** FW: Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery


[**Caution**: this email is **not** from an Erie County employee: attachments or links **may not be safe**.]


Below is the minute order regarding the sealing of PREA materials.





**From:** webmaster@nywd.uscourts.gov <webmaster@nywd.uscourts.gov>
**Sent:** Monday, September 25, 2023 1:45 PM
**To:** Courtmail@nywd.uscourts.gov
**Subject:** Activity in Case 1:22-cv-00815-JLS-JJM Doe v. Erie County et al Order on Motion for Discovery


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. DISTRICT COURT**

**U.S. District Court, Western District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2023 at 1:44 PM EDT and filed on 9/25/2023
**Case Name:**       Doe v. Erie County et al
**Case Number:**     1:22-cv-00815-JLS-JJM
**Filer:**
**Document Number:** 37(No document attached)

Docket Text:
**TEXT ORDER: As agreed to by counsel at today's telephonic conference, plaintiff's letter motion for discovery [33] is denied as premature. With the exception of the redacted Prison Rape Elimination Act ("PREA") materials publicly available in the State action, the PREA materials and the policies and procedures of the Erie County Holding Center addressed in plaintiff's motion [33] will be produced to her and remain under seal for the time being. If**

**necessary, issues as to which party bears the burden of demonstrating that these materials should remain (or no longer remain) under seal, and whether that burden has been met, will be resolved at a later date. To the extent that the parties seek an extension of the Case Management Order [29] deadlines, they shall file a motion demonstrating "good cause" for the extension.** *See* *id.* **at 3. SO ORDERED. Issued by Hon. Jeremiah J. McCarthy on 9/25/23. (MDY)**

**1:22-cv-00815-JLS-JJM Notice has been electronically mailed to:**

Jennifer C. Persico      jpersico@lippes.com, mhurley@lippes.com, skemnitzer@lippes.com

Melissa Dorothy Wischerath      mwischerath@lglaw.com, sconway@lglaw.com

James Peter Blenk      jblenk@lippes.com, jpblenk@gmail.com, skemnitzer@lippes.com

**1:22-cv-00815-JLS-JJM Notice has been delivered by other means to:**

Robert M Dee
3959 Eckhardt Rd.
Hamburg, NY 14025