

# OFFICE OF THE ERIE COUNTY DISTRICT ATTORNEY

**MICHAEL J. KEANE**
ACTING DISTRICT ATTORNEY

October 9, 2024

Hon. Jeremiah J. McCarthy
Magistrate Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202-3350

Melissa D. Wischerath, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924

        Re:    Jane Doe v. Erie County, et al.
                  Case No. 22-cv-815-JLS-JJM

Dear Hon. McCarthy and Ms. Wischerath:

      This letter is response to Your Honor's order in this matter dated September 5, 2024, specifically the portion directing the Erie County District Attorney's Office (ECDA) to produce a privilege log of any grand jury materials being withheld from disclosure. That information follows:

*Item No. 1 - Minutes of grand jury proceedings*

      These items are being withheld pursuant to New York Criminal Procedure Law § 190.25(4) (*See generally James v. Donovan*, 130 A.D.3d 1032 [2nd Dept. 2015], *lv. denied* 26 N.Y.3d 1048).

*Item No. 2 - Grand jury exhibits 1-6, respectively, photograph; order of protection; phone records; rules of conduct for Erie County Sheriffs Office; code of conduct for jail management personnel; Erie County motor vehicle police*

      These items are being withheld pursuant to New York Criminal Procedure Law § 190.25(4) (*See generally James v. Donovan*, 130 A.D.3d 1032 [2nd Dept. 2015], *lv. denied* 26 N.Y.3d 1048).

Hon. Jeremiah J. McCarthy
Melissa D. Wischerath, Esq.
October 10, 2024
Page 2

*Item No. 3 - Grand jury subpoenas*

    These items are being withheld pursuant to New York Criminal Procedure Law § 190.25 (4) (*See generally James v. Donovan*, 130 A.D.3d 1032 [2nd Dept. 2015], *lv. denied* 26 N.Y.3d 1048).

                      Very truly yours,

                        MICHAEL J. KEANE
                        ACTING DISTRICT ATTORNEY

BY:   MICHAEL J. HILLERY
        Assistant District Attorney
        Appeals Bureau
        Michael.Hillery@erie.gov

MJH/ejw