

## Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

**Attorneys at Law**

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Amy J. Vigneron
William J. Justyk [10]
Christina M. Croglio
Alexander R. DiDonato
Brittany E. Morgan
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic
Patricia A. Rauh

**OF COUNSEL**
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]
Terrie Benson Murray

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**ALSO ADMITTED IN**
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut
10 Washington

BUFFALO    AMHERST    LOS ANGELES