UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JANE DOE,

                            Plaintiff(s),

***MEDIATION CERTIFICATION***

   22   - cv -   815  

                   v.

COUNTY OF ERIE, et al.,

                           Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___7/23/24___.

   ☑ ***Case has settled.*** (Comment if necessary).

   ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

   ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

   ☐ ***Case has not settled.*** Mediation will continue on _____.

   ☐ ***Case has not settled.***

***Date:*** 05/06/2025                         ***Mediator: /S/*** Michael Menard

***Additional Comments:***
_____
_____
_____